IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

MARY L. LABARRE,

    Plaintiff,

v.                                                                  No. 04-2401 B An

MEMPHIS LIGHT, GAS &
WATER DIVISION,

    Defendant.

---

### ORDER TO SHOW CAUSE WHY DEFENDANT'S MOTION TO DISMISS AND STRIKE CLAIM FOR PUNITIVE DAMAGES SHOULD NOT BE GRANTED

---

Before the Court is the April 11, 2005 motion of the Defendant, Memphis Light, Gas & Water Division, to dismiss and strike claim for punitive damages. According to the Court's docket, no response has been filed on behalf of the Plaintiff, even though the deadline for such a response has expired.[1]

Accordingly, the Plaintiff is hereby directed, within eleven (11) days of the entry hereof, to show cause why the motion referenced herein should not be granted. Failure of the Plaintiff to comply in a timely manner with this order may result in dismissal with prejudice of the Plaintiff's claims.

---

[1] Under the Local Rules of this district, responses to motions to dismiss "must be filed within thirty days of service of the motion." LR7.2, Local Rules of the U.S. Dist. Ct. for the W. Dist. of Tenn.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-25-05

IT IS SO ORDERED this 23 day of May, 2005.

_____
J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:04-CV-02401 was distributed by fax, mail, or direct printing on May 25, 2005 to the parties listed.

---

Elijah Noel
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Thelma J. Copeland
LAW OFFICE OF THELMA J. COPELAND
1374 Madison Ave.
Memphis, TN 38104

Honorable J. Breen
US DISTRICT COURT