**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

FILED BY _____ D.C.

05 JUN 20  AM 10: 36

ROBERT R. Di TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

MARY L. LABARRE,

    Plaintiff,

v.                                                   Civil Action No. 04-2401-B An

MEMPHIS LIGHT, GAS
& WATER DIVISION,

    Defendant.

---

**ORDER GRANTING DEFENDANT'S
MOTION FOR LEAVE TO REPLY TO
PLAINTIFF'S RESPONSE TO DEFENDANT'S
MOTION TO DISMISS PUNITIVE DAMAGES CLAIM**

---

On Motion of Defendant, Memphis Light, Gas & Water Division, and for good cause

shown,

    IT IS HEREBY ORDERED AS FOLLOWS:

    Defendant's Motion for Leave to Reply to Plaintiff's Response to Defendant's Motion

to Dismiss Punitive Damages Claim is granted.

DANIEL J. BREEN,
UNITED STATES DISTRICT JUDGE

DATE: June 17, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-20-05

16

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 2:04-CV-02401 was distributed by fax, mail, or direct printing on June 20, 2005 to the parties listed.

---

Thelma J. Copeland
LAW OFFICE OF THELMA J. COPELAND
1374 Madison Ave.
Memphis, TN 38104

Elijah Noel
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT