IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

MARY L. LABARRE,

    Plaintiff,

v.                              No. 04-2401 B

MEMPHIS LIGHT, GAS &
WATER DIVISION,

    Defendant.

---

ORDER GRANTING PERMISSION TO FILE MOTION OUT OF TIME

---

Before the court is the June 6, 2005 motion of the Plaintiff, Mary L. Labarre, to file a response to Defendant's motion to dismiss out of time. For good cause shown, this motion is GRANTED.

**IT IS SO ORDERED** this 11th day of October, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 2:04-CV-02401 was distributed by fax, mail, or direct printing on October 12, 2005 to the parties listed.

---

Thelma J. Copeland
LAW OFFICE OF THELMA J. COPELAND
1374 Madison Ave.
Memphis, TN 38104

Elijah Noel
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT